UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

DAVID BAUER,

    Plaintiff,

vs.                                    CASE NO.: 8:13-cv-440-JDW-AEP

COLLECTO, INC.,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL

Plaintiff David Bauer and defendant Collecto, Inc. hereby stipulate and agree to the voluntary dismissal of the above-captioned action pursuant to Fed.R.Civ.P. 41(a)(1)(ii), with each party to bear its own fees and costs.

Respectively submitted this 6th day of July, 2013.

| | |
|---|---|
| s/ Timothy Condon | s/ Dale T. Golden |
| TIMOTHY CONDON, ESQ. - FBN 217921 | DALE T. GOLDEN, ESQ. - FBN 94080 |
| 307 S. Fielding Ave., #2, Tampa, FL 33606 | Golden Scaz Gagain, PLLC |
| Telephone 813-251-2626 Fax 813-200-3395 | 201 N. Armenia Ave., Tampa, FL 33609 |
| Email timcondonlaw@gmail.com | Email dgolden@gsgfirm.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |