UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID BAUER,

       Plaintiff,

vs.                                    Case No. 8:13-cv-00440-T-27AEP

COLLECTO, INC.,

       Defendant.
_____/

## ORDER

**BEFORE THE COURT** is a Stipulation for Dismissal (Dkt. 20). Upon consideration, it is

**ORDERED AND ADJUDGED** that this cause is **DISMISSED**. *See* Fed. R. Civ. P. 41(a)(1)(ii). The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** this 8th day of July, 2013.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to:
Counsel of Record